UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

FEIGE ZARETSKY,

        Appellant,

        – against –

HAROLD ZARETSKY,

        Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 02 2015 ★

LONG ISLAND OFFICE

ORDER
14-MC-1578 (JFB)

JOSEPH F. BIANCO, District Judge:

    IT IS HEREBY ORDERED that the above-entitled action is reassigned to the Honorable Joan M. Azrack. This Clerk of Court is respectfully directed to designate this case as related to the matter *Aaron Berlin, et al. v. Maxi-Aids, Inc., et al.*, 14-CV-3028 (JMA).

SO ORDERED

/s/ Joseph F. Bianco
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    February 2, 2015
            Central Islip, New York